# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2024

## NO. 03-24-00431-CV

**Robert Kane, Appellant**

**v.**

**John Michael Stratton, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on March 4, 2024. Having reviewed the record, the Court holds that Robert Kane has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.